IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALAN D. DIEDE and MARY ANN P. HUK, | ) CIVIL DIVISION |
| Plaintiffs, | ) No: 06-01073 |
| v. | ) HONORABLE GARY L. LANCASTER |
| CITY OF McKEESPORT and the McKEESPORT POLICE DEPARTMENT, | ) **JURY TRIAL DEMANDED** |
| Defendants. | ) |

## STIPULATION FOR DISCONTINUANCE

AND NOW, come the Plaintiffs, ALAN D. DIEDE and MARY ANN P. HUK, and Defendant, the CITY OF McKEESPORT by and through their undersigned counsel and herein stipulate and agree that the above-referenced matter has been settled and that the above-referenced lawsuit shall be discontinued, with prejudice.

Respectfully submitted,

**MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN, PC**

BY: s/ *Patricia A. Monahan*
Patricia A. Monahan, Esquire
Pa I.D. #58784
**Attorney for Defendant**
600 Grant Street
US Steel Tower, Suite 2900
Pittsburgh, PA 15219
412-803-1151
412-803-1188 (facsimile)
pamonahan@mdwcg.com

BY: s/ *Erik M. Yurkovich*
Erik M. Yurkovich Esquire
Pa I.D. # 83432
**Attorney for Plaintiffs**
Pine Creek Professional Building
207 Pine Creek Road
Building 1, Suite 201
Wexford, PA 15090
724-933-9199
erik.yurkovich@gmail.com

SO ORDERED this 6th day of July, 2010.

_____, C.J.